**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Cesar Alberto RODRIGUEZ–DELEON,**
**Defendant–Appellant.**

Nos. 12–40169, 12–40171
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Rebekah Rae Syck, Esq., Wichita Falls, TX, for Defendant–Appellant.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cesar Alberto Rodriguez–Deleon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rodriguez–De-

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

leon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.